UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                          :

DILENIA PAGUADA,                                         :

                                    Plaintiff,                     :
                                                                  :      20-CV-10243 (JPC)
                         -v-                              :
                                                                     :             <u>ORDER</u>

SPICEOLOGY, INC.,                                      :

                                  Defendant.                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on December 4, 2020.  (Dkt. 1.)  The docket reflects that Defendant was served with the Complaint on December 17, 2020, making its response to the Complaint due January 7, 2021.  (Dkt. 5.)  To date, Defendant has neither responded to the Complaint nor appeared in this action.

      Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court.  In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether it intends to move for default judgment against Defendant.

      SO ORDERED.

Dated: February 23, 2021
       New York, New York                                _____
                                                                       JOHN P. CRONAN
                                                                       United States District Judge